IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JUAN BENAVIDEZ, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CIV-15-495-M |
| CAROLYN COLVIN, Acting Commissioner of the Social Security Administration, | ) ) ) ) ) | |
| Defendant. | ) | |

## ORDER

On May 19, 2016, United States Magistrate Judge Bernard M. Jones issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Acting Commissioner of Social Security Administration ("Acting Commissioner"), denying plaintiff's application for supplemental security income benefits. The Magistrate Judge recommended the Acting Commissioner's decision in this matter be affirmed. The parties were advised of their right to object to the Report and Recommendation by June 3, 2016. A review of the file reveals no objections have been filed.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 20] issued by the Magistrate Judge on May 19, 2016, and

(2) AFFIRMS the decision of the Acting Commissioner.

**IT IS SO ORDERED this 13th day of June, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE